Tuesday, August 12, 2014

Wendy Rena Daniels / Clarissa Daniell Daniels (229) 645-373
Post Office Box 232 / 307 Church Street
Pinehurst, Georgia 31070-0232

5:14-CV-354

AFLOA / JACC
1500 W. Perimeter Road, Suite 1700
Joint Base Andrews, MD 20762

RECEIVED CLERK'S OFFICE 2014 OCT -7 PM 3: [?] U.S. DISTRICT COURT MIDDLE DIST. OF GEORGIA MACON, GEORGIA

Re: Dissatified with the Decision on Medical Malpractice Claim filed on behalf of Clarissa Daniell Daniels Robins AFB Claim Number 13-22671

What was omitted by the Obstetrics expert: The difference between a physician OB/GYN and the midwife. One is going to have more experience, training and equipment available. The important use of technology (ultrasonography) for possibility of detecting abnormalities/complications, things that the human eye can not see (such as a cord around my baby's neck). The vaginal delivery or the Cesarean Section method which one to use and when. Maybe the Cesarean Section should have been the standard of care instead of a vaginal delivery for a safer delivery. What is the standard time for the second stage of labor because it was mentioned to be normal by your obstetrics expert but I was told otherwise

pg (1)

When calling class action telephone numbers from television advertisements. I find it strange that not only did the hospital admit to wrong doing they also supplied the record And your obstetrics expert could not find one thing that wasn't normal. I wonder was his opinion intentionally bias or an oversight, since very important/major evidence of mistakes were excluded. Also what the records does not show is that I did not have Clarissa she was pulled out of me with method of forceps. The obstetrics expert was not going to have the vision that the attending medical staff did. Not only did my cord being wrapped around my daughter's neck delay birth it also prevented birth. My child was not delivered by my OB/GYN instead she was delivered by a mid-wife who was not prepared for that type of complication. With me having a moral challenge and my lack of knowledge of the legal system, who was suppose to help Clarissa file a claim? I did not know of my child's injury at birth nor the cause. It took me 25 years to file a claim for Clarissa but I have been trying to file a claim before she became a teenager (13). As for being dissatified with the care that I received during the delivery of my daughter, I was not dissatified with the services. The hospital was dissatified with their care that was given. I would have not known any better.

Sincerly,
Wendy R. Daniels/Clarissa D. Daniels
(229) 645-3737

Pg (2)